BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SENTINELONE, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:24-cv-01934-HSG<br>(Consolidated with Case No. 4:24-cv-02096-HSG)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND 23.1(c)**<br><br>Judge: Honorable Haywood S. Gilliam, Jr. |

Plaintiffs Joel Newman ("Plaintiff Newman") and Walter Stochevski ("Plaintiff Stochevski," and together with Plaintiff Newman, the "Plaintiffs"), Defendants Tomer Weingarten, David Bernhardt, Charlene T. Begley, Aaron Hughes, Mark S. Peek, Ana Pinczuk, Daniel Scheinman, Teddie Wardi, and Jeffrey W. Yabuki (collectively, the "Individual Defendants"), and Nominal Defendant SentinelOne, Inc. ("SentinelOne" or the "Company," and together with the Individual Defendants, "Defendants," and together with the Plaintiffs, the "Parties"), by and through their undersigned counsel of record, jointly submit this stipulation and proposed order to voluntarily dismiss the above-captioned action (the "Consolidated Action") with prejudice pursuant to Rules 41(a)(2) and 23.1(c) of the Federal Rules of Civil Procedure, as set forth below.

WHEREAS, on June 5, 2024, the Court entered an order staying the above-captioned action until the resolution of a related securities class action captioned *In re SentinelOne, Inc. Securities Litigation*, Case No. 4:23-cv-02786-HSG (N.D. Cal.) (the "Securities Class Action") and directing the Parties to submit a proposed schedule to the Court once the stay was lifted (the "Stay Order");

WHEREAS, on October 2, 2025, the Court granted defendants' motion to dismiss the Securities Class Action without leave to amend;

WHEREAS, given the dismissal of the related Securities Class Action, Plaintiffs have determined that it is not in the best interests of SentinelOne or themselves to continue the litigation of the above-captioned action;

WHEREAS, counsel for Plaintiffs have consulted with counsel for Defendants about the voluntary dismissal of the above-captioned action;

WHEREAS, notice of dismissal of the above-captioned action will be provided to SentinelOne stockholders via the Company's filings with the United States Securities and Exchange Commission ("SEC"); and

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL, AND SUBJECT TO THE APPROVAL OF THE COURT, THAT:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23.1(c), the Consolidated Action is dismissed with prejudice as to all claims and causes of action, with each party bearing their own attorneys' fees and costs; and

2. The Parties agree that all counsel have each complied with their obligations under Rule 11 of the Federal Rules of Civil Procedure.

Dated: October 21, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
   byrd@whafh.com
   tramontano@whafh.com

*Local Counsel for Plaintiffs*

Dated: October 21, 2025

**LEVI & KORSINSKY, LLP**

*/s/ Correy A. Suk*
CORREY A. SUK

Correy A. Suk
Daniel Tepper
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: csuk@zlk.com
   dtepper@zlk.com.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: October 21, 2025 | **RIGRODSKY LAW, P.A.** |
| | */s/ Timothy J. MacFall* |
| | TIMOTHY J. MACFALL |
| | Timothy J. MacFall<br>Gina M. Serra<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Email: tjm@rl-legal.com<br>       gms@rl-legal.com |
| | *Co-Lead Counsel for Plaintiffs* |
| Dated: October 21, 2025 | **FENWICK & WEST LLP** |
| | */s/ Jay L. Pomerantz* |
| | JAY L. POMERANTZ |
| | Jay L. Pomerantz<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br>E-mail: jpomerantz@fenwick.com |
| | *Counsel for Defendants* |

***

### ATTESTATION OF CONCURRENCE

I, Alex J. Tramontano, attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alex J. Tramontano*
　　　　　　　　　　　　　　　　　　　　　　　ALEX J. TRAMONTANO

***

## ORDER

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED as follows:

1. This action is dismissed with prejudice in its entirety;

2. All parties shall bear their own costs and attorneys' fees incurred in this action;

3. Entry of this order and filings by SentinelOne with the SEC shall serve as notice to the Company's shareholders pursuant to Federal Rule of Civil Procedure 23.1(c); and

4. The Clerk is directed to close the file.

**SO ORDERED** this 22nd day of October, 2025.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE